# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARGARET MANSKE,

    Plaintiff,

vs

SUNRISE SENIOR LIVING MANAGEMENT, INC.
d/b/a THE FOUNTAINS AT BRONSON PLACE,

    Defendant.

Case No.: 1:09-CV-289

Hon. Hugh W. Brenneman, Jr.

_____/

| | |
|---|---|
| Jon J. Schrotenboer (P34452)<br>DYKEMA LAW<br>4270 PLAINFIELD, N.E.<br>GRAND RAPIDS, MI 49525<br>(616) 363-6611 | Jonathan M. Jaffa (P23717)<br>SULLIVAN, WARD, ASHER & PATTON, P.C.<br>Attorneys for Defendant<br>25800 Northwestern Hwy / PO Box 222<br>Southfield, MI 48037<br>(248) 746-0700 |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

At a said session held in the City of Grand Rapids,
County of Kent, State of Michigan on
May 6, 2010

Present: HUGH W. BRENNEMAN, JR.
U.S. MAGISTRATE JUDGE

Pursuant to the stipulation of the parties, and in light of the fact that both Plaintiff and Defendant accepted the Case Evaluation Award;

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice and without costs.

/s/ Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

APPROVED:

_____
JON SCHROTENBOER (P34452)
Attorney for Plaintiff

_____
JONATHAN M. JAFFA (P23717)
Attorney for Defendant